IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1558-AP

CHERYL A. FRIEND,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Robert C. Dawes, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail:Robert.dawes@dawesandharriss.com

For Defendant:
Thomas H. Kraus
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
E-mail: tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:   8/15/05**

    B.    **Date Complaint Was Served on U.S. Attorney's Office:   9/8/05**

    C.    **Date Answer and Administrative Record Were Filed:   10/31/05**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

A.    **Plaintiff states: There are no issues with the accuracy or completeness of the Administrative Record.  Plaintiff believes the record is complete.**

B.    **Defendant states: There are no issues with the accuracy or completeness of the Administrative Record.  Defendant believes the record is complete.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.    **Plaintiff does not plan to submit additional evidence.**

B.    **Defendant does not plan to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

A.    **Plaintiff states:  This case does not raise unusual claims or defenses.**

B.    **Defendant states:  This case does not raise unusual claims or defenses.**

**7. OTHER MATTERS**

A.    **Plaintiff: Plaintiff has no other matters at this time.**

B.    **Defendant:  Defendant has no other matters at this time.**

**8.  PROPOSED BRIEFING SCHEDULE**

      A.    **Plaintiff's Opening Brief Due: December 29, 2005**

      B.    **Defendant's  Response Brief Due: January 30, 2006**

      C.    **Plaintiff's  Reply Brief (If Any) Due: February 14, 2006**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:  Oral Argument is not requested.**

      B.    **Defendant's Statement:  Oral Argument is not requested.**

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 30th day of November, 2005.

                                        BY THE COURT:

                                        S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/    Robert C. Dawes
Robert C. Dawes
Dawes And Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail: gail.harriss@dawesandharriss.com
Attorney for Plaintiff

UNITED STATES ATTORNEY

s/Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
E-mail: tom.kraus@ssa.gov

Attorney for Defendant(s)