IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01558-PSF

CHERYL A. FRIEND,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

      Defendant.

---

## ORDER SETTING ORAL ARGUMENT

---

      This matter comes before the Court following review of the file, administrative record and briefs submitted.

      IT IS HEREBY ORDERED that an oral argument hearing will be held on **Monday July 24, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.

      DATED: May 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge